REITLER KAILAS & ROSENBLATT LLC  
Yann Geron  
Jeannette Litos  
885 Third Avenue, 20th Floor  
New York, New York 10022  
(212) 209-3050  

Hearing Date: September 12, 2019  
Hearing Time: 10:00 a.m.  

Response Deadline: September 5, 2019  

*Attorneys for Yann Geron, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
In re                                                  :    Chapter 7  
                                                       :  
RODMAN & RENSHAW, LLC,                                 :    Case No. 13-10087- mkv  
                                                       :  
                        Debtor.                        :  
-------------------------------------------------------------x  

**NOTICE OF HEARING ON TRUSTEE'S OBJECTION SEEKING TO REDUCE
CLAIM NUMBER 26 FILED BY FIDESSA CORPORATION**

TO CLAIMANT, ALL PARTIES REQUESTING NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

***PLEASE TAKE NOTICE*** that upon the objection, dated August 9, 2019 (the "Objection"), of Yann Geron (the "Trustee"), as chapter 7 trustee of the estate of Rodman & Renshaw, LLC (the "Debtor"), the above-captioned debtor, seeking an order reducing claim number 26, filed by Fidessa Corporation (the "Claimant"), as a general unsecured claim in the amount of $25,200, to a general, unsecured claim in the amount of $18,000, a hearing will be held on the **12th day of September, 2019, at 10:00 a.m.**, or as soon thereafter as counsel can be heard (the "Hearing"), before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in her courtroom (#501), at the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004, to consider the relief sought by the Objection.

***PLEASE TAKE FURTHER NOTICE THAT* CLAIMANT'S RIGHTS AND CLAIM MAY BE REDUCED OR OTHERWISE AFFECTED AS A RESULT OF THE**

**OBJECTION. Claimant should carefully read this Notice and the Objection (and the exhibits thereto) and discuss them with its attorney or representative.** If it does not have an attorney, it may wish to consult with one.

*PLEASE TAKE FURTHER NOTICE* that responses, if any, to the relief sought in the Objection shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format (PDF)  (with a hard copy delivered directly to the Chambers of the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon (i) Reitler Kailas & Rosenblatt LLC, Attn: Yann Geron, Esq. and Jeannette Litos, Esq., 885 Third Park Avenue, 20th Floor, New York, New York 10022, and (ii) United States Trustee, Attn:  Susan Arbeit, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York  10014, so as to be actually received no later than seven days prior to the Hearing.  The ECF docket number to which the filing relates must be included in the upper right hand corner of the caption of all responses.

| | |
|---|---|
| Dated:  New York, New York<br>            August 9, 2019 | REITLER KAILAS & ROSENBLATT LLC<br>*Attorneys for Yann Geron, Chapter 7 Trustee*<br><br>By:  *s/ Yann Geron*<br>        Yann Geron<br>        Jeannette Litos<br>        885 Third Avenue, 20th Floor<br>        New York, New York 10022<br>        (212) 209-3050 |

REITLER KAILAS & ROSENBLATT LLC  
Yann Geron  
Jeannette Litos  
885 Third Avenue, 20th Floor  
New York, New York 10022  
(212) 209-3050  

Hearing Date: September 12, 2019  
Hearing Time: 10:00 a.m.  

Response Deadline: September 5, 2019  

*Attorneys for Yann Geron, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
In re                                                                  :    Chapter 7  
                                                                            :  
RODMAN & RENSHAW, LLC,                         :    Case No. 13-10087- mkv  
                                                                            :  
                               Debtor.                          :  
-----------------------------------------------------------x  

## TRUSTEE'S OBJECTION SEEKING TO REDUCE CLAIM NUMBER 26 FILED BY FIDESSA CORPORATION

TO THE HONORABLE MARY KAY VYSKOCIL,  
UNITED STATES BANKRUPTCY JUDGE:

Yann Geron (the "Trustee"), as chapter 7 trustee of the estate of Rodman & Renshaw, LLC (the "Debtor"), the above-captioned debtor, by and through his attorneys, Reitler Kailas & Rosenblatt LLC, as and for his objection, pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to claim number 26 (the "Claim") filed by Fidessa Corporation (the "Claimant"), respectfully sets forth and represents:

### Summary of the Relief Requested

1. As is further detailed below, the Claimant asserts a general, unsecured claim in the amount of $25,200 for services performed and contractual obligation for services. Upon review of the documentation attached to the Claim, it was noted that a portion of the amount sought does not relate to pre-petition services. Accordingly, the Trustee seeks to have the Claim reduced to reflect the amount due as of the Petition Date.

**Jurisdiction**

2. This Court has jurisdiction over this Objection by virtue of 28 U.S.C. §§ 157 (a) and (b), 1334 (b), and the "Standing Order of Referral of Cases to Bankruptcy Judges" of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984. The statutory predicate for the relief sought by this Objection is 11 U.S.C. § 502 and Bankruptcy Rule 3007.

**Background**

3. On January 11, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court"). Yann Geron was subsequently appointed interim chapter 7 trustee in this case and has since qualified as the permanent trustee herein. Mr. Geron is currently serving in that capacity.

4. The Trustee filed the instant Objection as part of his efforts to resolve open issues subsequent to closing the Debtor's bankruptcy estate.

**Relief Requested**

5. Pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, the Trustee hereby seeks entry of an order expunging the Claim, as further detailed below.

6. A filed proof of claim is "deemed allowed, unless a party in interest…objects." 11 U.S.C. § 502(a). Bankruptcy Rule 3007 provides that an objection must be in writing and filed with at least 30 days' notice of any hearing regarding the objection. If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. See In re Oneida Ltd., 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); In re Adelphia Commc'ns Corp., No. 02-41729 (REG), 2007 WL

4

601452, at *5 (Bankr. S.D.N.Y. Feb. 20, 2007); In re Rockefeller Ctr. Props., 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7. Claimant asserts a general, unsecured claim in the amount of $25,200 for services rendered. A copy of the Claim is annexed as Exhibit A.

8. The documentation attached to the Claim indicates that a portion of the Claim, totaling $7,200, relates to services performed after the Petition Date at a time when the Debtor was no longer operating. Therefore, the Trustee seeks to have the Claim reduced to $18,000 – the amount due as of the Petition Date. Submitted contemporaneously herewith is the declaration of Jeannette Litos, Esq., of Reitler Kailas & Rosenblatt LLC, attorneys for the Trustee, in support of the Objection.

## Notice and Procedure

9. The Trustee has served notice of the hearing on the Objection, together with a full copy of the Objection and all relevant exhibits, upon the Claimant, all parties requesting notice, and the Office of the United States Trustee. The Trustee respectfully requests that such notice be deemed fair and adequate notice of the Objection.

10. The Objection includes citations to the applicable rules and statutory authorities upon which the relief requested is predicated. Accordingly, the Trustee respectfully submits that the Objection satisfies the requirements of Local Bankruptcy Rule 9013-1(a).

## No Prior Relief

11. Except as otherwise detailed herein, no prior application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, the Trustee respectfully requests that (i) the Objection be granted, (ii) an order be entered, substantially in the form annexed as Exhibit B, granting the relief requested herein, and (iii) he be granted such other and further relief as is just.

Dated:  New York, New York
       August 9, 2019

REITLER KAILAS & ROSENBLATT LLC
*Attorneys for Yann Geron, Chapter 7 Trustee*

By:   *s/ Yann Geron*
      Yann Geron
      Jeannette Litos
      885 Third Avenue, 20th Floor
      New York, New York 10022
      (212) 209-3050

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :          Chapter 7
                                                   :
RODMAN & RENSHAW, LLC,             :          Case No. 13-10087- mkv
                                                   :
                    Debtor.                  :
-------------------------------------------------------------x

### DECLARATION OF JEANNETTE LITOS, ESQ., OF REITLER KAILAS & ROSENBLATT LLC, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, IN SUPPORT OF THE TRUSTEE'S OBJECTION TO CLAIM NUMBER 26 FILED BY FIDESSA CORPORATION

JEANNETTE LITOS, makes this Declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am an associate with the law firm, Reitler Kailas & Rosenblatt LLC, the duly-retained attorneys for Yann Geron (the "Trustee"), the chapter 7 trustee of the estate of Direct Markets, Inc. (the "Debtor"), the above-captioned debtor. I submit this declaration in support of the Trustee's objection (the "Objection") to claim number 26 (the "Claim") filed by Fidessa Corporation (the "Claimant").

2. I am one of the attorneys charged by the Trustee with performing the claims review in this case and make this declaration based upon my review of the following documents: (i) the Claim; (ii) all supporting documentation submitted by Claimant in connection with the Claim; (iii) the Debtor's books and records, to the extent available; and (iv) the Debtor's verified schedules and statements filed with this Court.

3. Based on this review and consultation with the Trustee, for the reasons set forth in the Objection, it has been determined that the Claim should be reduced.

4.  If I were called upon to testify, I could and would testify competently to the facts set forth in paragraphs 7 and 8 of the Objection.

5.  I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 0, 2019

_____
Jeannette Litos, Esq.