UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                            :          Chapter 7
                                                 :
RODMAN & RENSHAW, LLC,                           :          Case No. 13-10087- mkv
                                                 :
                        Debtor.                  :
------------------------------------------------------------x

# ORDER REDUCING CLAIM NUMBER 26 FILED BY
# FIDESSA CORPORATION

Upon the objection, dated August 9, 2019 (the "Objection"), of Yann Geron (the "Trustee"), as chapter 7 trustee of the estate of Rodman & Renshaw, LLC (the "Debtor"), the above-captioned debtor, seeking an order reducing claim number 26, filed by Fidessa Corporation (the "Claimant"); and upon the declaration of Jeannette Litos, Esq. of Reitler Kailas & Rosenblatt LLC, attorneys for the Trustee, dated August 8, 2019, in support of the relief sought by the Objection; and it appearing that good and sufficient notice of the Objection has been given to the Claimant and other parties entitled to notice; and due consideration having been given to any responses received; and a hearing on the Objection having been held before this Court on September 12, 2019 (the "Hearing"); and upon the record of the Hearing, which is incorporated herein by reference; and after due deliberation thereon; and for good and sufficient cause;

*IT IS HEREBY FOUND AND DETERMINED AS FOLLOWS*:

A.    This Court has jurisdiction over the Objection by virtue of 28 U.S.C. §§ 157 (a) and (b), 1334 (b), and the "Standing Order of Referral of Cases to Bankruptcy Judges" of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984.

   B. The Trustee has provided due and sufficient notice of the Hearing and the relief requested in the Objection.

   C. Good cause has been shown for the entry of this Order and entry of this Order is in the best interests of the Debtor's estate and creditors.

   *NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT,*

   1. Service of the Objection and notice of the Hearing was proper and sufficient notice to the Claimant.

   2. The relief requested in the Objection is granted to the extent provided herein.

   3. Claim number 26, filed by the Claimant as a general, unsecured claim in the amount of $25,200, is reduced to a general, unsecured claim in the amount of $18,000.

   4. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: New York, New York
    September __, 2019

                _____
                Honorable Mary Kay Vyskocil
                United States Bankruptcy Judge